# Court of Appeals
# of the State of Georgia

ATLANTA,  February 17, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1020. MICHAEL L. DIXON v. MONTE HOWARD.**

This case began as a contract action in magistrate court. Unhappy with the ruling of the magistrate court, Dixon appealed to state court.[1] Following a final judgment in state court awarding him $1,000.00, Dixon filed the instant appeal. We lack jurisdiction for two reasons.

First, OCGA § 5-6-35 (a) (6) requires the filing of an application for discretionary appeal "in all actions for damages in which the judgment is $10,000.00 or less." *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998). Second, because the order at issue concerns a de novo appeal from a magistrate court decision, OCGA § 5-6-35 (a) (11) also required Dixon to follow the discretionary appeal procedures. See *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).

---

[1] Dixon initially appealed to this Court from the magistrate court's ruling, and this Court transferred that appeal to the state court. See Case No. A15A1628 (decided April 29, 2015). See also *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991) ("The only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court.").

Dixon's failure to comply with the discretionary appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/17/2017*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*